UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-22778-CIV-COHN/TORRES

ROBERT S. WOLFF, et al.,

    Plaintiffs,

v.

CASH 4 TITLES, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION ON DISTRIBUTION

**THIS CAUSE** is before the Court on the Report and Recommendation [DE 182] ("Report") prepared by Magistrate Judge Edwin G. Torres, concerning Class Counsel's Notice of Proposed Distribution [DE 174] ("Notice").  On August 13, 2012, Judge Torres held a hearing to allow any parties opposed to the distribution to present their objections.  No interested parties appeared.  To date, no response or opposition has been filed to the proposed plan.  Nonetheless, the Court has conducted a *de novo* review of the Report, the Notice, the record in this case, and is otherwise fully advised in the premises.

On June 20, 2012, the Court approved the form of the Notice.  See DE 173.  As Judge Torres explains, "[t]he Notice has [subsequently] been mailed to the known addresses of all persons who were admitted in the prior, related Class action styled Wolff v. Cash 4 Titles, et. al., Case No. 00-05442-CIV-HUCK-BROWN."  See DE 177. The class in the present action is the same as that in the prior suit, except that certain specific individuals have been excluded from the present action who may have been

included in the prior one.  See Compl. [DE 1] at 8; Wolff v. Cash 4 Titles, et. al., Case No. 00-05442-CIV-HUCK-BROWN (complaint) (DE 1 at 6).  Therefore, the Court concurs with Judge Torres that class members have received adequate notice.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation on Distribution [DE 182] is **ADOPTED**;

2. Class Counsel's proposed distribution, as described in its Notice of Proposed Distribution [DE 174], is **APPROVED**;

3. Class Counsel is directed to arrange for distribution of the net proceeds of the Leadenhall Dividend to the Class Members listed in Exhibit 1 to the Report and Recommendation on Distribution [DE 182 at 5-40], in a manner conforming with the proposed distribution;

4. The amount to be distributed shall be reduced to take into account (i) the amount of fees and reimbursement of costs awarded to Class Counsel in the Court's Order Adopting Report and Recommendation Regarding Attorneys' Fees and Reimbursement Costs [DE 184], (ii) a reserve of $130,000 to compensate ESGI (Hong Kong) for the difference between the amount distributed to it by the Leadenhall liquidation estate and the amount it would have received absent allowance of the Class claim in the Leadenhall liquidation proceedings, and (iii) a reserve of $30,000.00 to compensate the Class Administrator.

5. Any check to Class Members that is not cashed within ninety days of the

        mailing of such check shall be deemed void, and any remaining monies shall be distributed pursuant to further Order of the Court; and

6. The Court shall retain jurisdiction to enforce this Order.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 25th day of October, 2012.

*James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF