UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-22778-CIV-COHN/TORRES

ROBERT S. WOLFF, et al.,

    Plaintiffs,

v.

CASH 4 TITLES, et al.,

    Defendants.

_____/

### ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** is before the Court upon the Report and Recommendation of the Magistrate Judge [DE 229] ("Report") submitted by United States Magistrate Judge Edwin G. Torres regarding Class Counsel's Motion to Approve Plan for Final Distribution [DE 228] ("Motion"). The Court has reviewed the Report, and the record in this case, and is otherwise advised in the premises. The Court notes that no opposition to the Motion nor objections to the Report have been filed. The deadlines to do so have passed. Upon consideration, the Court agrees with Judge Torres' analysis and conclusions and adopts the Report in full.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation of the Magistrate Judge [DE 229] is **ADOPTED** in its entirety.

2. Class Counsel's Motion to Approve Plan for Final Distribution [DE 228] is **GRANTED** as follows:

    a. The Final Distribution shall be conducted in the same manner as the First and Second Distributions: from funds with the Liquidator of

$335,014.79, plus all remaining funds in the Cash 4 Titles account. Class members shall receive, pro rata to their allowed claims, the net amount after deduction of expenses and reserves, as described below. The proposed distribution will be pro rata to the allowed claim of each Class Member.

b. Deductions shall be made for: (i) attorneys' fees of 33% of the final $335,014.79 payment from the Liquidator; (ii) costs of printing and mailing the checks, preparation of appropriate tax forms and providing a call center for Class Members inquiries; (iii) a reserve fund of $40,000 for Class Counsel to monitor and defend the distribution; and (iv) $125,000 of funds previously reserved to compensate for hours incurred since 2015 analyzing and attempting to pursue collection of additional funds for the benefit of the Class and to defend the Class recovery in litigation.

c. As to 183 boxes of files and records relating to Cash 4 Titles and the Leadenhall litigation presently in storage with Iron Mountain Storage, deduction may be made for the cost to shred and discard these materials (a total of $2,827, plus any additional storage payments that were required). The total amount to then be distributed to the class will be approximately **$467,422.69**.

d. Additionally, any unclaimed funds shall be used for the public good, through charitable organizations dedicated to providing legal services to

2

the underserved, or to organizations with a mission to protect financial investors such as the Class.  Class Counsel shall make any unclaimed funds on a pro rata basis to Legal Services of Greater Miami, Inc. and Broward Legal Aid.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of May, 2023.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF